UNITED STATES, Appellee

v

RICHARD L. WILLIAMS, Private, U. S. Marine Corps, Appellant

No. 29,335

March 7, 1975

*Lieutenant Walter A. Smith, Jr.,* JAGC, USNR, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel P. N. Kress,* USMC, and *Lieutenant Commander Harvey E. Little,* JAGC, USN, were on the pleadings for Appellee, United States.

## OPINION OF THE COURT

PER CURIAM:

Tried for assault with intent to commit murder in violation of Article 134, Uniform Code of Military Justice, 10 USC § 934, the appellant, by exceptions and substitutions, pleaded guilty to and was convicted of the lesser included offense of assault with a means likely to produce grievous bodily harm, which is a violation of Article 128(b)(1), UCMJ, 10 USC § 928(b)(1). The post-trial review, however, after setting forth a brief synopsis of the offense charged, only notes the pleas and findings as "G/with exceptions." Nowhere is there any clear statement or indication that the findings related to a far less serious offense. Because of this omission, there is more than a fair risk that the convening authority was misled to the prejudice of appellant. *United States v Boyd,* 23 USCMA 90, 48 CMR 598 (1974). Consequently, the decision of the Court of Military Review is reversed. A new review and action by the convening authority is ordered.

Judge QUINN did not participate in the decision of this case.